**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 7 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. _____09CV02043_____ BnB

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

LARRY RAY HALL,

        Plaintiff,

v.

[NO NAMED DEFENDANT],

        Defendant.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a document titled "Notice and Declaration of Revocation

of Power of Attorney, and Notice and Declaration of Fraud, and Notice to Cease and

Desist, and Notice and Affidavit of Posting and Notice of Contract Refusal, to

Supersede All Previous Filings."  He has failed either to pay the $350.00 filing fee or to

file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part

of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that

the submitted document is deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers that

the Plaintiff files in response to this order must include the civil action number on this

order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
- (1)   X    is not submitted
- (2)   __   is not on proper form (must use the court's current form)
- (3)   __   is missing original signature by Plaintiff
- (4)   __   is missing affidavit
- (5)   __   affidavit is incomplete
- (6)   __   affidavit is not notarized or is not properly notarized
- (7)   __   names in caption do not match names in caption of complaint, petition or application
- (8)   __   An original and a copy have not been received by the court. Only an original has been received.
- (9)   X    other:  Motion is necessary only if filing fee is not paid in advance.

**Complaint or Petition**:
- (10)  X    is not submitted
- (11)  __   is not on proper form (must use the court's current form)
- (12)  __   is missing an original signature by the Plaintiff
- (13)  __   is incomplete
- (14)  __   uses et al. instead of listing all parties in caption
- (15)  __   An original and a copy have not been received by the court.  Only an original has been received.
- (16)  __   Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17)  __   names in caption do not match names in text
- (18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that the Plaintiff files

in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms:  Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _26ᵀᴴ_ day of _August_____, 2009.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.      09CV02043

Larry Ray Hall
14255 Harvest Mile Road
Brighton, CO 80603

I hereby certify that I have mailed a copy of the **ORDER and two copies of the
Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and
Complaint** to the above-named individuals on   *8/27/09*

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk