IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02043-BNB

LARRY RAY HALL,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

ORDER OF DISMISSAL

Plaintiff Larry Ray Hall currently resides in Brighton, Colorado. Mr. Hall, acting *pro se*, initiated this action by filing a pleading titled, "Notice and Declaration of Revocation of Power of Attorney, and Notice and Declaration of Fraud, and Notice to Cease and Desist, and Notice and Affidavit of Posting and Notice of Contract Refusal to Supersede all Previous Filings." On August 27, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Hall to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Hall to submit his claims on a Court-approved Complaint form and either to pay the $350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Hall was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Hall now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 21 day of Oct., 2009.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02043-BNB

Larry Ray Hall
14255 Harvest Mile Road
Brighton, CO 80603

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk