IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02043-ZLW

LARRY RAY HALL,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2009

GREGORY C. LANGHAM
                   CLERK

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Zita L. Weinshienk, Senior Judge, on October 22, 2009, it is hereby

ORDERED that Judgment is entered in favor of No Named Defendant and against Plaintiff.

DATED at Denver, Colorado, this 22nd day of October, 2009.

                      FOR THE COURT,

                      GREGORY C. LANGHAM, Clerk

                      By: _____
                            Deputy Clerk